UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DERMARQUIZ L. WARD** | **CIVIL ACTION NO. 20-0154** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF J. RUSSELL, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 4] of the Magistrate Judge having been considered, together with written objection [Doc. No. 5] and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Dermarquiz L. Ward's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted. The claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to raise them before a state court. The claims are otherwise **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 20TH day of February, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE